NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant, v. HOTEL GIBBER, INC., et al., Respondents. — GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gabrielli, J.